MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ADAM WRIGHT (MABN 661283)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7368
    Fax: (415) 436-6982
    E-mail: adam.wright@usdoj.gov

Attorneys for the United States of America

FILED
APR 16 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 14-MJ-70444 |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CHANGING DATE FOR PRELIMINARY HEARING AND EXCLUDING TIME |
| v. | |
| PAUL GRUDZIEN, | |
| Defendant | |

    The defendant, Paul Grudzien, represented by Doron Weinberg, Esquire, and the government, represented by Adam Wright, Assistant United States Attorney, appeared before the Court on April 2, 2014 for a detention hearing. The defendant was ordered released, subject to certain conditions, and the matter was set for a preliminary hearing or arraignment on an indictment on April 18, 2014. The current deadline for return of an indictment is April 18, 2014. At the parties' request, the Court excluded time under the Speedy Trial Act between April 2, 2014 and April 18, 2014.

    The parties respectfully request that the date of the preliminary hearing or arraignment on an indictment be changed to April 29, 2014. As a basis for this request, the parties represent that the government is still in the process of producing information, and that one of the witnesses necessary for

[PROPOSED] ORDER CHANGING PRELIMINARY HEARING DATE
14-MJ-70444

1 grand jury is unavailable until April 22, 2014, the day that the government intends to present the case to
2 the grand jury. The parties request that time under Federal Rule of Criminal Procedure 5.1 for an
3 indictment or preliminary hearing be excluded between April 18, 2014 and April 23, 2014, while taking
4 into account the public's interest in the prompt disposition of criminal cases. The parties further request
5 that the time be excluded under the Speedy Trial Act between April 18, 2014 and April 29, 2014, for the
6 purpose of effective preparation of counsel, taking into account due diligence. 18 U.S.C. §
7 3161(h)(7)(B)(iv).

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: April 15, 2014                    /s/
                                         ADAM WRIGHT
                                         Assistant United States Attorney


DATED: April 15, 2014                    /s/
                                         DORON WEINBERG
                                         Attorney for PAUL GRUDZIEN

[PROPOSED] ORDER CHANGING PRELIMINARY HEARING DATE
14-MJ-70444

[~~PROPOSED~~] ORDER

The Court hereby orders that the preliminary hearing date scheduled for April 18, 2014 is hereby rescheduled to April 29, 2014. Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between April 18, 2014 and April 29, 2014 would unreasonably deny counsel the reasonable time necessary for continuity of counsel and effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between April 18, 2014 and April 29, 2014 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. The Court also finds good cause exists to exclude the time for an indictment or preliminary hearing under Federal Rule of Criminal Procedure 5.1 between April 18, 2014 and April 23, 2014, taking into account the public interest in the prompt disposition in criminal cases. Therefore, IT IS HEREBY ORDERED that the time between April 18, 2014 and April 29, 2014, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and that the time between April 18, 2014 and April 23, 2014 be excluded from computation under Federal Rule of Criminal Procedure 5.1.

IT IS SO ORDERED.

DATED: 4/16/2014

HON. NANDOR J. VADAS
United States Magistrate Judge

[PROPOSED] ORDER CHANGING PRELIMINARY HEARING DATE
14-MJ-70444